# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

134837

TOM BRIGGS, Personal Representative for the
Estate of Thomas E. Briggs, Deceased,
         Plaintiff-Appellee,

v

OAKLAND COUNTY, SUPERVISOR DEVITTA,
SERGEANT CLARK, DEPUTY HUBBLE,
DEPUTY RHYNDRESS and DEPUTY JONES,
        Defendants,
and

DEPUTY SZYDLOWSKI, DEPUTY VASQUEZ,
SANDY STETZ, R.N., DEBBIE TIPTON, R.N.,
and CONNIE ZAMORA,
        Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134837
COA: 268730
Oakland CC: 04-0622420-NO

On order of the Court, the application for leave to appeal the July 31, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007

Clerk

t1217